**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| EMG TECHNOLOGY, LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>THE TJX COMPANIES, INC.,<br><br>　　　　　　Defendant. | Civil Action No. 6:12-cv-543-MHS<br>CONSOLIDATED CASE<br><br>CONSOLIDATED FROM:<br>Case No. 6:12-cv-904<br><br><br>**JURY TRIAL DEMANDED** |

**THE TJX COMPANIES, INC.'S NOTICE OF SERVICE OF PRIVILEGE LOG**

　　　　Defendant The TJX Companies Inc., pursuant to Local Rule CV-26(c), Rule 26(a)(1) of the Federal Rules of Civil Procedure and the Court's *Second Amended Docket Control & Discovery Order* (Dkt. 81), hereby gives notice that it served its Privilege Log on plaintiff's counsel of record via electronic mail on June 21, 2013.

June 24, 2013　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ *Michael C. Smith*
　　　　　　　　　　　　　　　　　　　　Michael C. Smith
　　　　　　　　　　　　　　　　　　　　State Bar No. 18650410
　　　　　　　　　　　　　　　　　　　　SIEBMAN, BURG, PHILLIPS, & SMITH, LLP
　　　　　　　　　　　　　　　　　　　　113 East Austin Street
　　　　　　　　　　　　　　　　　　　　Marshall, Texas 75670
　　　　　　　　　　　　　　　　　　　　Telephone: (903) 938-8900
　　　　　　　　　　　　　　　　　　　　Facsimile: (972) 767-4620
　　　　　　　　　　　　　　　　　　　　Email: michaelsmith@siebman.com

R. David Donoghue
Anthony J. Fuga
HOLLAND & KNIGHT LLP
131 South Dearborn Street, 30th floor
Chicago, IL 60603
Tel: (312) 263-3600
Fax: (312) 578-6666
david.donoghue@hklaw.com
anthony.fuga@hklaw.com

J. Mitchell Herbert, Jr.
HOLLAND & KNIGHT LLP
10 St. James Avenue, 14th floor
Boston, MA 02116
Tel: (617) 573-5862
Fax: (617) 523-6850
mitchell.herbert@hklaw.com

*Attorneys for Defendant, The TJX Companies, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) this 24th day of June, 2013.

 /s/ *Michael C. Smith*
Michael C. Smith