**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **EMG TECHNOLOGY, LLC,**<br><br>　　Plaintiff,<br><br>v.<br><br>**THE VANGUARD GROUP, INC.,**<br><br>　　Defendant. | **CIV. A. NO. 6:12-cv-543-MHS<br>(LEAD CASE)** |
| **EMG TECHNOLOGY, LLC,**<br><br>　　Plaintiff,<br><br>v.<br><br>**THE TJX COMPANIES, INC.,**<br><br>　　Defendant. | **CIV. A. NO. 6:12-cv-904-MHS<br>(CONSOLIDATED CASE)** |
| **EMG TECHNOLOGY, LLC,**<br><br>　　Plaintiff,<br><br>v.<br><br>**J.C. PENNEY CORP., INC.**<br><br>　　Defendant. | **CIV. A. NO. 6:12-cv-905-MHS<br>(CONSOLIDATED CASE)** |

| | |
|---|---|
| **EMG TECHNOLOGY, LLC,**<br><br>　　Plaintiff,<br><br>v.<br><br>**COACH, INC.,**<br><br>　　Defendant. | **CIV. A. NO. 6:13-cv-029-MHS**<br>**(CONSOLIDATED CASE)** |
| **EMG TECHNOLOGY, LLC,**<br><br>　　Plaintiff,<br><br>v.<br><br>**WILLIAMS-SONOMA, INC., et al.,**<br><br>　　Defendant. | **CIV. A. NO. 6:13-cv-31-MHS**<br>**(CONSOLIDATED CASE)** |

## JOINT MOTION TO EXTEND CERTAIN DEADLINES

Plaintiff EMG Technology, LLC and Defendants The Vanguard Group, Inc., The TJX Companies, Inc., J.C. Penney Corp., Inc., Coach, Inc., and Williams-Sonoma, Inc., Pottery Barn Inc., Pottery Barn Teen Inc., Pottery Barn Kids Inc., and West Elm, Inc.(the "Consolidated Defendants"), hereby move the Court to extend the certain deadlines.

Plaintiff and the Consolidated Defendants respectfully request that the Court extend the (1) claim construction, (2) summary judgment of indefiniteness, and (3) the required tutorial deadlines by approximately two weeks. All other deadlines, including the December 11, 2013 claim construction hearing, will remain unchanged.

This extension is not for purposes of delay. The parties require the additional time to meet and confer to further narrow the number of claim terms to be proposed for construction. As such, good cause exists for this brief extension. No other dates on the Court's docket will be

impacted by this extension. Accordingly, all parties respectfully move the Court to extend certain deadlines as detailed in the table below.

| Pretrial Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline to file opening claim construction brief (P.R. 4-5(a)) | September 20, 2013 | September 27, 2013 |
| Deadline to file response to claim construction brief (P.R. 4-5(b)) | October 8, 2013 | October 15, 2013 |
| Deadline to file motion for summary judgment of indefiniteness | October 11, 2013 | October 25, 2013 |
| Deadline to file reply to claim construction brief (P.R. 4-5(c)) | October 15, 2013 | October 22, 2013 |
| Deadline to file response to motion for summary judgment of indefiniteness | October 18, 2013 | November 1, 2013 |
| Deadline to file reply to motion for summary judgment of indefiniteness | October 25, 2013 | November 8, 2013 |
| Deadline to file claim construction chart (P.R. 4-5(d)) | October 25, 2013 | November 8, 2013 |
| Deadline to submit **required** tutorial | October 30, 2013 | November 13, 2013 |
| **Claim construction hearing (i.e. *Markman* hearing) (P.R. 4-6)** | **Thursday, December 11, 2013 at 10:00 a.m. in Tyler, Texas** | **Thursday, December 11, 2013 at 10:00 a.m. in Tyler, Texas** |
| Deadline to disclose willfulness opinions (P.R. 3-7) | January 20, 2014 | January 20, 2014 |
| Deadline to designate expert witnesses and reports on issues for which the party bears the burden of proof (¶ 5) | January 22, 2014 | January 22, 2014 |
| Deadline to designate expert witnesses and reports on issues for which the party does not bear the burden of proof (¶ 5) | February 21, 2014 | February 21, 2014 |
| Deadline to file letter briefs regarding dispositive motions (¶ 8) | March 7, 2014 | March 7, 2014 |
| Discovery deadline (¶ 6) | March 21, 2014 | March 21, 2014 |
| Deadline to complete second required mediation (¶ 7) | March 28, 2014 | March 28, 2014 |

| Pretrial Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for dispositive motions (including *Daubert* motions) (¶ 8) | April 8, 2014 | April 8, 2014 |
| Deadline for parties to exchange pretrial disclosures (¶ 9) | May 9, 2014 | May 9, 2014 |
| Deadline to notify Court of daily transcript or realtime request (¶ 10) | May 9, 2014 | May 9, 2014 |
| Deadline for parties to exchange objections to pretrial disclosures (¶ 9) | May 23, 2014 | May 23, 2014 |
| Deadline for parties to meet and confer on resolving objections (¶ 11) | May 30, 2014 | May 30, 2014 |
| Deadline to file pretrial materials (¶ 12) | June 9, 2014 | June 9, 2014 |
| Deadline for parties to exchange exhibits (¶ 13) | July 3, 2014 | July 3, 2014 |
| **Pretrial conference and trial setting (¶ 14)** | **July 9, 2014 at 9:00 a.m. in Tyler, Texas** | **July 9, 2014 at 9:00 a.m. in Tyler, Texas** |

WHEREFORE, Plaintiff and Consolidated Defendants respectfully request that this Court extend the deadlines for briefing on claim construction and a motion for summary judgment on indefiniteness and for submitting the required tutorial pursuant to the dates proposed above and in the attached proposed Fourth Amended Scheduling and Discovery Order, and grant such further relief as the Court deems just.

September 17, 2013

*/s/ Charles Ainsworth*
Charles Ainsworth
State Bar No. 00783521
Robert Christopher Bunt
State Bar No. 00787165
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 1114
Tyler, TX 75702
903/531-3535
903/533-9687

E-mail: charley@pbatyler.com
E-mail: rcbunt@pbatyler.com

**OF COUNSEL:**
Stanley M. Gibson
Gregory S. Cordrey
**JEFFER MANGELS BUTLER AND MITCHELL, LLP**

Stanley M. Gibson
(Cal. Bar No. 162329)
smg@jmbm.com

Gregory S. Cordrey
(Cal. Bar No. 190144)
gxc@jmbm.com

1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067
Telephone: (310) 203-8080
Facsimile: (310) 203-0567


**ATTORNEYS FOR PLAINTIFF
EMG TECHNOLOGY, LLC**


/s/ *Timothy Carroll with permission*
Timothy J. Carroll
**PERKINS COIE LLP**

**ATTORNEYS FOR DEFENDANT
THE VANGUARD GROUP, INC.**

/s/ *Scott Bornstein with permission*
Scott J. Bornstein
**GREENBERG TRAURIG, LLP**


**ATTORNEYS FOR DEFENDANT
THE TJX COMPANIES, INC.**

/s/ Diane K. Letteleir with permission
Diane K. Lettelleir
**JC PENNEY CORPORATION, INC.**

**ATTORNEYS FOR DEFENDANT J.C. PENNEY CORPORATION, INC.**

/s/ J. Thad Heartfield with permission
J. Thad Heartfield
**THE HEARTFIELD LAW FIRM**

**ATTORNEYS FOR DEFENDANT COACH, INC.**

/s/ James G. Gilliland with permission
James G. Gilliland
**KILPATRICK TOWNSEND & STOCKTON LLP**

**ATTORNEYS FOR DEFENDANTS WILLIAMS-SONOMA, INC., POTTERY BARN INC., POTTERY BARN TEEN INC., POTTERY BARN KIDS INC., AND WEST ELM, INC.**

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and the Local Rules, I hereby certify that all counsel of record who have appeared in this case are being served today with a copy of the foregoing via the Court's ECF/CM System.

Dated: September 17, 2013          /s/ Charles Ainsworth
                                   Charles Ainsworth