**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **EMG TECHNOLOGY, LLC,**<br>        **Plaintiff,**<br>**v.**<br><br>**THE VANGUARD GROUP, INC.,**<br>        **Defendant.** | **CIV. A. NO. 6:12-cv-543-MHS**<br>**(LEAD CASE)** |
| **EMG TECHNOLOGY, LLC,**<br>        **Plaintiff,**<br>**v.**<br><br>**THE TJX COMPANIES, INC.,**<br>        **Defendant.** | **CIV. A. NO. 6:12-cv-904-MHS**<br>**(CONSOLIDATED CASE)** |
| **EMG TECHNOLOGY, LLC,**<br>        **Plaintiff,**<br>**v.**<br><br>**J.C. PENNEY CORP., INC.,**<br>        **Defendant.** | **CIV. A. NO. 6:12-cv-905-MHS**<br>**(CONSOLIDATED CASE)** |
| **EMG TECHNOLOGY, LLC,**<br>        **Plaintiff,**<br>**v.**<br><br>**COACH, INC.,**<br>        **Defendant.** | **CIV. A. NO. 6:13-cv-029-MHS**<br>**(CONSOLIDATED CASE)** |
| **EMG TECHNOLOGY, LLC,**<br>        **Plaintiff,**<br>**v.**<br><br>**WILLIAMS-SONOMA, INC., et al.,**<br>        **Defendant.** | **CIV. A. NO. 6:13-cv-31-MHS**<br>**(CONSOLIDATED CASE)** |

**P.R. 4-5(d) JOINT CLAIM CONSTRUCTION CHART**

11743744

Pursuant to Patent Local Rule 4-5(d), and the Court's Fifth Amended Scheduling and

Discovery Order (Dkt. 139), Plaintiff EMG Technology, LLC and Defendants The Vanguard

Group, Inc., The TJX Companies, Inc., J.C. Penney Corp., Inc., Coach, Inc., and Williams-

Sonoma, Inc. (the "Parties") submit this Joint Claim Construction Chart by electronic filing.

**Exhibit A** submitted herewith contains the asserted claims for the patent-in-suit, U.S. Patent No.

7,441,196 (the "'196 Patent"), with the disputed terms highlighted in bold and underlined.

**Exhibit B** submitted herewith contains in chart form the disputed terms, the Parties' respective

proposed constructions for the disputed terms, as well as the constructions on which the Parties

have reached agreement.

Dated:  November 8, 2013                                   Respectfully submitted,


_/s/ Charles Ainsworth_                          _/s/ Timothy J. Carroll with permission_


                                                 Timothy J. Carroll
Charles Ainsworth                                PERKINS COIE LLP
State Bar No. 00783521                           131 S. Dearborn Street
Robert Christopher Bunt                          Suite 1700
State Bar No. 00787165                           Chicago, IL 60603
**PARKER, BUNT & AINSWORTH, P.C.**               Tel: 312.324.8400
100 E. Ferguson, Suite 1114                      Fax: 312.324.9400
Tyler, TX 75702                                  tcarroll@perkinscoie.com
903-531-3535
903-533-9687                                     Shannon Dacus
charley@pbatyler.com                             Texas Bar No. 00791004
rcbunt@pbtyler.com                               THE DACUS FIRM, P.C.
                                                 821 ESE Loop 323, Suite 430
**ATTORNEYS FOR PLAINTIFF**                      Tyler, Texas 75701
**EMG TECHNOLOGY, LLC**                          903-705-1117 (phone & fax)
                                                 sdacus@dacusfirm.com

                                                 **ATTORNEYS FOR DEFENDANT**
                                                 **THE VANGUARD GROUP, INC.**

*/s/ R. David Donoghue with permission*
R. David Donoghue
Anthony J. Fuga
Felisa L. Leisinger
HOLLAND & KNIGHT LLP
131 South Dearborn Street, 30th floor
Chicago, IL 60603
Tel: (312) 263-3600
Fax: (312)578-6666
david.donoghue@hklaw.com
anthony.fuga@hklaw.com
felisa.leisinger@hklaw.com

Michael C. Smith
State Bar Card No. 18650410
SIEBMAN, BURG, PHILLIPS &
SMITH, LLP
113 E. Austin Street
Marshall, TX 75671
(903) 938-8900 (t)
(972) 767-4620 (f)
michaelsmith@siebman.com

**ATTORNEYS FOR DEFENDANT
THE TJX COMPANIES, INC.**

*/s/ Diane K. Lettelleir with permission*
Diane K. Lettelleir
Texas Bar No. 12241525
J.C. Penney Corporation, Inc.
6501 Legacy Drive (MS 1122)
Plano, Texas 75024
Tel: (972) 431-5012
Fax: (972) 531-5012
dlettell@jcpenney.com

**ATTORNEYS FOR DEFENDANT
J.C. PENNEY CORPORATION, INC.**

*/s/ Andrew P. Zappia with permission*
Andrew P. Zappia
Wendell W. Harris
LECLAIRRYAN, A Professional Corporation
70 Linden Oaks, Suite 210
Rochester, New York 14625
Tel:  585-270-2100
Fax:  585-270-2179
Andrew.Zappia@leclairryan.com

J. Thad Heartfield
State Bar No. 09346800
thad@jth-law.com
M. Dru Montgomery
State Bar No. 24010800
dru@jth-law.com
THE HEARTFIELD LAW FIRM
2195 Dowlen Road
Beaumont, Texas 77706
Tel:  409-866-3318
Fax:  409-866-5789

**ATTORNEYS FOR DEFENDANT
COACH, INC.**

*/s/ James G. Gilliland, Jr. with permission*
James G. Gilliland, Jr.
Robert D. Tadlock
KILPATRICK  TOWNSEND &
STOCKTON, LLP
1080 Marsh Road
Menlo Park, CA 94025
Tel: 415-576-0200
Fax: 415-576-0300
jgilliland@ kilpatricktownsend.com
rtadlock@kilpatricktownsend.com

**ATTORNEYS FOR DEFENDANTS
WILLIAMS-SONOMA, INC.**

3

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and the Local Rules, I hereby certify

that all counsel of record who have appeared in this case are being served today with a copy of

the **P.R. 4-5(d) JOINT CLAIM CONSTRUCTION CHART (with attached Exhibits A-B)**

via the Court's ECF/CM System.

Dated: November 8, 2013                    */s/ Charles Ainsworth*
                                           Charles Ainsworth

## CERTIFICATE OF CONFERENCE

I hereby certify that the Parties have conferred in accordance with LR CV-7(h), and that

this joint filing has been agreed upon.

Dated: November 8, 2013                    */s/ Charles Ainsworth*
                                           Charles Ainsworth