**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **EMG TECHNOLOGY, LLC,**<br>    Plaintiff,<br>v.<br><br>**THE VANGUARD GROUP, INC.,**<br>    Defendant. | **CIV. A. NO. 6:12-cv-543-MHS (LEAD CASE)** |
| **EMG TECHNOLOGY, LLC,**<br>    Plaintiff,<br>v.<br><br>**THE TJX COMPANIES, INC.,**<br>    Defendant. | **CIV. A. NO. 6:12-cv-904-MHS (CONSOLIDATED CASE)** |
| **EMG TECHNOLOGY, LLC,**<br>    Plaintiff,<br>v.<br><br>**J.C. PENNEY CORP., INC.,**<br>    Defendant. | **CIV. A. NO. 6:12-cv-905-MHS (CONSOLIDATED CASE)** |
| **EMG TECHNOLOGY, LLC,**<br>    Plaintiff,<br>v.<br><br>**COACH, INC.,**<br>    Defendant. | **CIV. A. NO. 6:13-cv-029-MHS (CONSOLIDATED CASE)** |
| **EMG TECHNOLOGY, LLC,**<br>    Plaintiff,<br>v.<br><br>**WILLIAMS-SONOMA, INC., et al.,**<br>    Defendant. | **CIV. A. NO. 6:13-cv-31-MHS (CONSOLIDATED CASE)** |

<u>**EXHIBIT B**</u>
**P.R. 4-5(d) JOINT CLAIM CONSTRUCTION CHART**

## JOINT CLAIM CONSTRUCTION CHART
## PURSUANT TO PATENT LOCAL RULE 4-5(d)

| CLAIM TERMS[1] (disputed terms in bold) | Claims | EMG's PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| webpage/web page | 25, 58 | [AGREED] | [AGREED] | "a document on an Internet website" |
| email form | 36, 72 | [AGREED] | [AGREED] | Plain meaning |
| purchasing interface | 37, 73 | [AGREED] | [AGREED] | "purchasing form displayed in the navigation matrix" |
| each cell is a division of a screen and **exclusive to a separate single navigation option** associated with a specific unique input | 25, 58 | No construction necessary. | "there is a one-to-one relationship between cells and navigation options" | |
| each cell is a division of a screen and exclusive to a separate single navigation option **associated with a specific unique input** | 25, 58 | "unique input" means "a separate input that actuates only one navigation option"

No construction necessary for "associated with a specific unique input" | "associated with a specific unique input" means "associated with a distinct input that actuates only one navigation option" | |
| displaying a hyperlink on the sister site **to navigate to the web page** | 25, 58 | No construction necessary. | "to navigate to the web page used to generate the sister site" | |
| or displaying a hyperlink on the web page **to navigate to the sister site** | 25, 58 | No construction necessary. | "to navigate to the sister site generated from the web page" | |

---

[1] As shown in Exhibit A, these terms appear in independent claims 25 and 58 of the patent-in-suit, U.S. Patent No. 7,441,196 (the "'196 Patent") and in certain dependent claims of the '196 Patent.

| CLAIM TERMS[1] (disputed terms in bold) | Claims | EMG's PROPOSED CONSTRUCTION | DEFENDANTS' PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| the on-line content **reformatted** from a webpage in a hypertext markup language (HTML) format into an extensible markup language (XML) format to generate a sister site | 25, 58 | No construction necessary. | "reformatted by a machine transcoder" | |
| the on-line content reformatted from a webpage in a hypertext markup language (HTML) format into an extensible markup language (XML) format **to generate a sister site** | 25, 58 | No construction necessary. | "to bring a web site in an XML format into existence by a machine reformatting the HTML format web page" | |
| displayed in a form of a two-dimensional layer of cells…**the two-dimensional layer in a form of a navigation matrix** | 25, 58 | No construction necessary. | "the layer is at least two rows and at least two columns and is formed in a rectangular arrangement" | |
| **manipulating a [selected] region of the screen** for viewing and zooming and/or scrolling of the displayed on-line content | 25, 58 | No construction necessary. | "manipulating a cell" | |
| **sister site** | 25, 58 | "a website that is related to another website" | "a site that provides for navigation of a related web page using a simplified navigation interface" | |

| CLAIM TERMS[2] (disputed terms in bold) | Claims | EMG's PROPOSED CONSTRUCTION | COACH'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| **simplified navigation interface** | 25, 58, 35, 36, 71, 72 | Plain meaning | "a navigation interface that cannot encompass 'links between pages' or 'prioritization' of content from a web page" | |
| receiving **a next deeper navigation layer** of the simplified navigation interface | 25, 58 | Plain meaning | "a more specific navigation layer from the plurality of layers" | |

---

[2] Only Defendant Coach, Inc. requests construction of these terms.