**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **EMG TECHNOLOGY, LLC** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 6:12-CV-543** |
| | § | **(CONSOLIDATED CASE)** |
| **THE VANGUARD GROUP, INC.** *et al.* | § | |

**STIPULATION FOR DISMISSAL**

The Plaintiff, EMG Technology, LLC, and Defendant, The Vanguard Group, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), and subject to the terms of the Settlement Agreement entered into by the parties, hereby move for an order dismissing all claims and counterclaims between them in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

By: /s/*Charles Ainsworth*

Charles Ainsworth
State Bar No. 00783521
Robert Christopher Bunt
State Bar No. 00787165
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 1114
Tyler, TX 75702
903/531-3535
903/533-9687
E-mail: charley@pbatyler.com
E-mail: rcbunt@pbatyler.com

Stanley M. Gibson
(Cal. Bar No. 162329)
Gregory S. Cordrey
(Cal. Bar No. 190144)
JEFFER MANGELS BUTLER AND MITCHELL, LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, CA 90067
Telephone: (310) 203-8080
Facsimile: (310) 203-0567
E-mail: smg@jmbm.com
E-mail: gxc@jmbm.com

**ATTORNEYS FOR PLAINTIFF EMG TECHNOLOGY, LLC**.

By: */s/ Timothy J. Carroll with permission*
Timothy J. Carroll
tcarroll@perkinscoie.com
Steven M. Lubezny
slubezny@perkinscoie.com
PERKINS COIE LLP
131 S. Dearborn Street
Suite 1700
Chicago, IL 60603
Tel: 312.324.8400
Fax: 312.324.9400

**ATTORNEYS FOR DEFENDANT THE VANGUARD GROUP, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 27, 2013.

*/s/ Charley Ainsworth*
Charley Ainsworth

**STIPULATION OF DISMISSAL – PAGE 2**