IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EMG TECHNOLGY, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case Number: 6:12-cv-00543-MHS |
| v. | § | LEAD CASE |
| | § | |
| | § | |
| THE VANGUARD GROUP, INC. | § | |
| | § | |
| Defendant. | § | |

_____

| | | |
|---|---|---|
| EMG TECHNOLGY, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case Number: 6:12-cv-00905 |
| v. | § | CONSOLIDATED CASE |
| | § | |
| | § | |
| J.C. PENNEY CORPORATION, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

CAME ON THIS DATE for consideration the Stipulation for Dismissal WITH PREJUDICE of all claims asserted by Plaintiff, EMG Technology, LLC, against Defendant J.C. Penney Corporation, Inc., and WITHOUT PREJUDICE all counterclaims asserted by Defendant J.C. Penney Corporation, Inc., against Plaintiff, EMG Technology, LLC, and the Court being of the opinion that said stipulation should be GRANTED.

**It is SO ORDERED.**

**SIGNED this 1st day of July, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE